# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY DALRYMPLE,<br><br>        Plaintiff,<br><br>   v.<br><br>FCA US LLC; FRESNO CHRYSLER JEEP, INC.; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 1:20-cv-00230-NONE-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>(Doc. No. 11) |

Pursuant to the parties' stipulation, and good cause appearing, the deadline to file documents to dismiss or conclude this action in its entirety is HEREBY EXTENDED to **October 19, 2020**. The parties are cautioned that the failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order. *See* Local Rules 160 and 172.

IT IS SO ORDERED.

   Dated:   **August 20, 2020**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

1