UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY DALRYMPLE,<br><br>                Plaintiff,<br><br>     v.<br><br>FCA US LLC; FRESNO CHRYSLER JEEP, INC.; and DOES 1-20, inclusive,<br><br>                Defendants. | Case No. 1:20-cv-00230-NONE-BAM<br><br>**ORDER RE STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE DISMISSAL**<br><br>(Doc. No. 15) |

On May 21, 2020, the parties filed a notice of settlement of this action. (Doc. No. 9.) Pursuant to Local Rule 160, the Court ordered the parties to file appropriate papers to dismiss or conclude this action no later than August 19, 2020. (Doc. No. 10.)

On August 19, 2020, the parties filed a stipulation seeking an extension of time to file dismissal documents. (Doc. No. 11.) The Court granted the request and extended the deadline for the parties to file documents to dismiss or conclude this action to October 19, 2020. (Doc. No. 12.)

On October 16, 2020, the parties filed a further stipulation seeking an extension of time to file dismissal documents. The parties report that an extension of time is necessary because Plaintiff's counsel had some pressing family issues that prevented him from being able to finalize

1

the settlement in this case.  The parties request an additional ninety-one days to complete the settlement and file dismissal documents.  (Doc. No. 15.)

Pursuant to the parties' stipulation, and good cause appearing, the deadline to file documents to dismiss or conclude this action in its entirety is HEREBY EXTENDED to **January 18, 2021**.  The parties are cautioned that the failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order.  *See* Local Rules 160 and 172.  The parties are further cautioned that additional extensions of time will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **October 20, 2020**          /s/ *Barbara A. McAuliffe*          
                                                      UNITED STATES MAGISTRATE JUDGE

2