UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY DALRYMPLE,<br><br>    Plaintiff,<br><br>  v.<br><br>FCA US LLC; FRESNO CHRYSLER JEEP, INC.; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.  1:20-cv-00230-NONE-BAM<br><br>**ORDER RE STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE DISMISSAL**<br><br>(Doc. No. 18) |

  On May 21, 2020, the parties filed a notice of settlement of this action.  (Doc. No. 9.) Pursuant to Local Rule 160, the Court ordered the parties to file appropriate papers to dismiss or conclude this action no later than August 19, 2020.  (Doc. No. 10.)

  On August 19, 2020, the parties filed a stipulation seeking an extension of time to file dismissal documents.  (Doc. No. 11.)  The Court granted the request and extended the deadline for the parties to file documents to dismiss or conclude this action to October 19, 2020.  (Doc. No. 12.)

  On October 16, 2020, the parties filed a second stipulation seeking a further extension of time to file dismissal documents.   (Doc. No. 15.)  The Court granted the second request and extended the deadline to file dismissal to January 18, 2021.  (Doc. No. 17.)  Additionally, the

1

Court cautioned the parties that additional extensions of time would not be granted absent a demonstrated showing of good cause. (*Id.*)

On January 5, 2021, the parties filed a third stipulation seeking a further extension of time to file dismissal documents. (Doc. No. 18.) The parties explain that additional time is necessary because Plaintiff's lead counsel was unable to finalize the settlement before "abruptly leaving the firm on December 23, 2020 without two-weeks' notice or any information as to the status of his cases." (*Id.* at 2.) Plaintiff's firm's counsel has "tried to catch up to speed and is currently working with Defendant's counsel to finalize settlement terms." (*Id.*) Despite diligent efforts, the parties are still working to complete all the terms of the settlement agreement. The parties indicate that the subject vehicle has not been surrendered. Once that is complete, Defendant will provide Plaintiff with the agreed-upon settlement amount and Plaintiff will dismiss the case within ten days of payment. The parties hope to complete this process in the next ninety-one (91) days and request that the Court extend the time to file dismissal documents to April 19, 2021. (*Id.* at 2-3.)

Pursuant to the parties' stipulation, and good cause appearing, the deadline to file documents to dismiss or conclude this action in its entirety is HEREBY EXTENDED to **April 19, 2021**. The parties are cautioned that the failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order. *See* Local Rules 160 and 172. The parties are again cautioned that additional extensions of time will not be granted absent a demonstrated showing of good cause which will be narrowly construed.

IT IS SO ORDERED.

Dated: **January 6, 2021**      /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE